UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:  CASE NO.: 20-18767-MBK
CHAPTER 13

**Leonard M Oglesby,**
    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

    Robertson, Anschutz, Schneid & Crane LLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170,
    Duluth, GA 30097
    Telephone: 470-321-7112

    By: /s/Harold Kaplan
        Harold Kaplan
        Email: hkaplan@rasnj.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 31, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LEONARD M OGLESBY
1813 MARGERUM AVENUE
LAKE COMO, NJ 07719

And via electronic mail to:

SADEK AND COOPER
1315 WALNUT STREET STE 502
PHILADELPHIA, PA 19107

ALBERT RUSSO
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK , NJ 07102

                                                  By: /s/ Luwam Habtegabir
                                                  Luwam Habtegabir
                                                  Email: lhabtegabir@rascrane.com