| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Leonard M Oglesby<br><br><br><br>Debtor(s) | Case No. 20-18767 / MBK<br><br>Hearing Date: September 23, 2020  10:00 am<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has failed to supply the Trustee with the following document(s):**

**Valuation on handgun and 2 months bank statements from Ally savings acct prior to filing date.**

**Amendments to Schedules B and C to add handgun value.**

**The Schedules fail to account for the debtor(s) tax refund in the amount of $642 when determining disposable income.**

**The Plan provides for payment on unsecured claims of less than that which would be distributed upon liquidation under Chapter 7, as prohibited by 11 U.S.C. § 1325(a)(4): There is non-exempt equity on gun, Stash Investment, TD Ameritrade acct and Ally (pending review of bank statement from Ally, not provided).**

**- Valuation statements on Stash Investment and TD Ameritrade accounts prior to filing date.**
**- Capital One arrears claim for $661.64, plan list as outside.**
**- Santander arrears claim for $512.64, plan list as outside.**
**- Must file Pre-confirmation certificate.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

    /s/   Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: Mary Krieger, Staff Attorney