UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Harold Kaplan (HK0226)

| | |
|---|---|
| In Re: | Case No.: 20-18767-MBK |
| **Leonard M Oglesby,**  Debtor. | Chapter: 13 |
| | Judge: Michael B Kaplan |

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY
### (NOTE AND MORTGAGE DATED OCTOBER 31, 2007)

_LaQuanda Beaty_, employed as _Bankruptcy Case Manager_ by _shellpoint_, hereby certifies the following:

Recorded on November 13, 2007, in Monmouth County, in Book OR-8687 at Page 7459

Property Address: 1813 Margerum Avenue, Lake Como Borough, New Jersey 07719
Mortgage Holder: NewRez LLC D/B/A Shellpoint Mortgage Servicing
Mortgagor(s)/ Debtor(s): Leonard M. Ogelsby and Gale Lynn Ogelsby

POST-PETITION PAYMENTS (Petition filed on July 22, 2020)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Running Suspense |
|---|---|---|---|---|---|
| 1. $1,323.46 | 08/01/2020 | N/A | $0.00 | N/A | $0.00 |
| 2. $1,323.46 | 09/01/2020 | N/A | $0.00 | N/A | $0.00 |
| 3. $1,323.46 | 10/01/2020 | N/A | $0.00 | N/A | $0.00 |
| TOTAL: | | | | | |

[Continue on attached sheets if necessary.]

Monthly payments past due: 3 mos. x $1,323.46 - $0.00 (Suspense Balance) = $3,970.35 as of October 22, 2020

Each current monthly payment is comprised of:

| | | |
|---|---|---|
| Principal | $ 772.96 | |
| Interest | $ Included in Principal | |
| R.E. Taxes: | $ 550.50 | |
| Insurance: | $ Included in RE Taxes | |
| Late Charge: | $ 0.00 | |
| Other: | $ 0.00 | (Specify: N/A ) |
| TOTAL | $ 1,323.46 | |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary):  N/A

Pre-petition arrears: $21,606.70

I certify under penalty of perjury that the above is true.

Date:  10/29/2020                                        _____
                                                                                  Signature

*rev.8/1/15*

2