IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Sadek and Cooper Law Office
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008

In Re:

**Leonard M. Oglesby**

| | | |
|---|---|---|
| Case No.: | **20-18767** |
| Chapter: | **13** |
| Hearing Date: | **12/1/2020 @ 9am** |
| Judge: | **MBK** |

## PRAECIPE TO WITHDRAWAL DOCUMENT

TO THE CLERK:

Please withdrawal the following documents:

Certification in Opposition to Motion for Relief *filed at Docket Number 22.*

Date: November 6, 2020

By: /s/ Brad J. Sadek, Esquire

Attorney for Debtor